```
 1  FRANKLIN J. LOVE, Bar #80334
    LAW OFFICE OF FRANKLIN J. LOVE
 2  800 S. Barranca Ave., Ste. 100
 3  Covina, California 91723
 4  (626)653-0455
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. | **CASE No. 02-3455 HLH (SHx)** |
| Plaintiff, | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. | **BY CLERK** |
| SOLOMON ABERHA individually and ERRY VEKENTU aka ERRY BEKENTU aka ERRY BEKENTU COFFEE SHOP aka ERRY VEKENTU COFFEE SHOP | |
| Defendant | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on October 1, 2002, against defendant, **SOLOMON ABERHA, individually and ERRY VEKENTU aka ERRY BEKENTU aka ERRY BEKENTU COFFEE SHOP aka ERRY VEKENTU COFFEE SHOP** is hereby renewed on the amounts

set forth:

**RENEWAL OF MONEY JUDGMENT**

|  |  |  |
|---|---|---|
| a. | Total judgment | $1,170.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 1,170.00 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 1,170.00 |
| g. | Interest after judgment | 292.17 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$1,462.17** |

DATED: September 26, 2012        Clerk by  Lori Muraoka, Deputy Clerk
                                          U.S. District Court